UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Laurence Mendez ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 07 MJ 2399 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **LEO S. PAPAS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody. ((Bond Posted) / Case Disposed / Order of Court).

Juan Miramontes - Silva

DATED: 10/17/07

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
       Deputy Clerk