UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 07 MJ 2399 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Laurence Mendez Garcia | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, LEO S. PAPAS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jorge Arechica-Nunez

DATED: 10/17/07

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk