FILED
OCT 30 2007
CLERK, DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR2914-DMS |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 8, U.S.C., |
| | ) Secs. 1324(a)(1)(A)(ii) and |
| LAURENCE MENDEZ-GARCIA, | ) (v)(II) - Transportation of |
| | ) Illegal Aliens and Aiding and |
| Defendant. | ) Abetting |

The United States Attorney charges:

On or about October 6, 2007, within the Southern District of California, defendant LAURENCE MENDEZ-GARCIA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jorge Arechiga-Nunez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 10/29/07.

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:es:San Diego
10/10/07