**MARTHA M. HALL**
California Bar No. 138012
DIIORIO & HALL, APC
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1451
Facsimile: (619) 544-1473

Attorneys for Defendant **Mendez-Garcia**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. **07-CR-2914-DMS** |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| **LAURENCE MENDEZ-GARCIA**, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, MARTHA M. HALL, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of government's Joint Motion to Continue Sentencing Hearing on the following party by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

Judge Dana M. Sabraw efile_Sabraw@casd.uscourts.gov.

Assistant United States Attorney Christopher.Tenorio@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 9, 2008

S/Martha M. Hall
MARTHA M. HALL