# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HON. DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**LAURENCE MENDEZ-GARCIA**,<br><br>　　　　Defendant. | Criminal No. **07-CR-2914-DMS**<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the sentencing hearing in the above entitled case, currently scheduled for January 18, 2008, at 9:00 a.m., be continued until February 15, 2008 at 9:00 a.m., before this court.

**SO ORDERED.**

DATED: January 10, 2008

_____
HON. DANA M. SABRAW
United States District Judge