1  **MARTHA M. HALL**
   California State Bar Number 138012
2  DiIORIO & HALL, APC
   964 Fifth Avenue, Suite 214
3  San Diego, California 92101
   Telephone:  (619) 544-1451
4  Facsimile:   (619) 544-1473

5  Attorneys for Defendant **Mendez-Garcia**

6

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9                  **(HON. DANA M. SABRAW)**

10

11 **UNITED STATES OF AMERICA,**           )     Criminal No. **07-CR-2914-DMS**
                                            )
12         Plaintiff,                       )
                                            )
13 v.                                       )
                                            )     **JOINT MOTION TO CONTINUE**
14 **LAURENCE MENDEZ-GARCIA**,              )     **SENTENCING HEARING**
                                            )
15                                          )
           Defendant.                       )
16 _____ )

17

18         IT IS HEREBY REQUESTED by the parties in the case, defendant Laurence

19 Mendez-Garcia, through his counsel, MARTHA M. HALL, and the United States Attorney's

20 Office, by and through Assistant United States Attorney CHRISTOPHER P. TENORIO, that

21 the sentencing  hearing in the above entitled case, scheduled for February 15, 2008, at 9:00

22 a.m., be continued to February 29, 2008 at 9:00 a.m., due to counsel's calendar.

23         The undersigned Counsel, Matha M. Hall, called the court's courtroom deputy to

24 obtain the new sentencing hearing date and that date is agreeable to all parties.  A proposed

25 order with respect to this joint motion is being submitted directly to the court via

26 efile_Sabraw@casd.uscourts.gov.

27

28

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Date: 1/31/2008 | s/Christopher P. Tenorio |
| 5 | | **CHRISTOPHER P. TENORIO**<br>Assistant United States Attorney |
| 6 | | |
| 7 | Date: 1/31/2008 | s/Martha Hall |
| 8 | | **MARTHA M. HALL**<br>Attorney for Smith |