1  **MARTHA M. HALL**
   California Bar No. 138012
2  DIIORIO & HALL, APC
   964 Fifth Avenue, Suite 214
3  San Diego, California 92101
   Telephone: (619) 544-1451
4  Facsimile: (619) 544-1473

5  Attorneys for Defendant **Mendez-Garcia**

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9                  (HON. DANA M. SABRAW)

10 UNITED STATES OF AMERICA,         )    Criminal No. **07-CR-2914-DMS**
                                     )
11         Plaintiff,                )
                                     )
12         v.                        )
                                     )    **CERTIFICATE OF SERVICE**
13 **LAURENCE MENDEZ-GARCIA**,       )
                                     )
14         Defendant.                )
                                     )

15 IT IS HEREBY CERTIFIED THAT:

16     I, MARTHA M. HALL, am a citizen of the United States and am at least eighteen
17 years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
18     I am not a party to the above-entitled action. I have caused service of government's Joint Motion to Continue Sentencing Hearing on the following party by electronically filing
19 the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

21     Judge Dana M. Sabraw  efile_Sabraw@casd.uscourts.gov.

22     Assistant United States Attorney  Christopher.Tenorio@usdoj.gov

23     I declare under penalty of perjury that the foregoing is true and correct.

24 Executed on February 1, 2008

25
                          S/Martha M. Hall
26                        MARTHA M. HALL