**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Criminal No. **07-CR-2914-DMS** |
| Plaintiff,                            ) | |
| v.                                      ) | **ORDER** |
| **LAURENCE MENDEZ-GARCIA**,   ) | |
| Defendant.                         ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing in the above entitled case, currently scheduled for February 15, 2008, at 9:00 a.m., be continued until February 29, 2008 at 9:00 a.m., before this court.

**SO ORDERED.**

DATED: February 1, 2008

_____
HON. DANA M. SABRAW
United States District Judge