```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ CHRISTOPHER P. TENORIO
   │ Assistant U.S. Attorney
 3 │ California State Bar No. 166022
   │ 880 Front Street, Room 6293
 4 │ San Diego, California 92101-8893
   │ Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5 │ Email: Christopher.Tenorio@usdoj.gov
   │
 6 │ Attorneys for Plaintiff
   │ United States of America
 7 │
 8 │                UNITED STATES DISTRICT COURT
 9 │               SOUTHERN DISTRICT OF CALIFORNIA
10 │ UNITED STATES OF AMERICA,     )  Criminal Case No. 07CR2914-DMS
   │                               )
11 │              Plaintiff,       )
   │                               )  **NOTICE OF APPEARANCE**
12 │       v.                      )
   │                               )
13 │ LAURENCE MENDEZ-GARCIA,       )
   │                               )
14 │              Defendant.       )
   │                               )
15 │
16 │ TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
17 │    I, the undersigned attorney, enter my appearance as lead counsel
18 │ in the above-captioned case.  I certify that I am admitted to
19 │ practice in this court or authorized to practice under CivLR
20 │ 83.3.c.3-4.
21 │    Please call me if you have any questions about this notice.
22 │    DATED:   February 4, 2008
23 │                                Respectfully submitted,
24 │                                KAREN P. HEWITT
                                    United States Attorney
25 │
26 │                                 s/ Christopher P. Tenorio
                                    CHRISTOPHER P. TENORIO
27 │                                Assistant U.S. Attorney
28 │
```

**1**
**2**
**3**
**4**
**5**                    UNITED STATES DISTRICT COURT
**6**                   SOUTHERN DISTRICT OF CALIFORNIA
**7**  UNITED STATES OF AMERICA,      )    Case No. 07CR2914-DMS
                                      )
**8**              Plaintiff,          )    **CERTIFICATE OF SERVICE**
                                      )
**9**       v.                        )
                                      )
**10** LAURENCE MENDEZ-GARCIA,        )
                                      )
**11**             Defendant.         )
                                      )
**12**

**13** IT IS HEREBY CERTIFIED THAT:

**14**     I, CHRISTOPHER P. TENORIO, am a citizen of the United States
**15** and am at least eighteen years of age.  My business address is 880
**16** Front Street, Room 6293, San Diego, California 92101-8893.
**17**     I am not a party to the above-entitled action.  I am not a
**18** party to the above-entitled action.  I have caused service of
**19** **NOTICE OF APPEARANCE** on the following parties by electronically
**20** filing the foregoing with the Clerk of the District Court using its
**21** ECF System, which electronically notifies them.
**22**     **Martha Hall, Esq.**
**23**     I declare under penalty of perjury that the foregoing is true
**24** and correct.
**25**     Executed on February 4, 2008.

**26**                                    s/ *Christopher P. Tenorio*
                                           CHRISTOPHER P. TENORIO
**27**                                    Assistant U.S. Attorney
**28**

                                    2